1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:25-MJ-00021 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ESTEBAN CESARIO | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- EXTENSIVE CRIMINAL HISTORY
- TWO PENDING RESTRAINING ORDERS ISSUED AGAINST HIM

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- PRIOR FAILURES TO APPEAR
- SUBMISSION TO DETENTION

IT IS ORDERED that defendant be detained.

DATED: 1/23/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE